OSWALD B. COUSINS, Bar No. 172239
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: ocousins@littler.com

Attorneys for Defendant
GENERAL MILLS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ANDERSON,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC., a corporation;<br>and DOES 1 - 100 inclusive,<br><br>  Defendant. | Case No. 2:12-cv-02792-JAM-GGH<br><br>STIPULATION AND ORDER SUBSTITUTING PROPER PARTY DEFENDANT AND DISMISSING GENERAL MILLS, INC. WITH PREJUDICE |

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY

Case No2:12-cv-02792-JAM-GGH

IT IS HEREBY STIPULATED AND AGREED by all parties to this matter that General Mills Operations, LLC ("GMO") rather than General Mills, Inc. is the proper corporate defendant in this action, and GMO is hereby substituted as a party defendant in the place of General Mills, Inc. GMO also stipulates and agrees that it will not offer any defense or argument that it was not plaintiff's employer or that it is not the proper defendant for purposes of the claims and/or damages alleged in this action. GMO reserves all other defenses and arguments.

The parties agree that General Mills, Inc. is dismissed from this action with prejudice, with both sides to bear their own costs. The parties further agree to revise all future captions of this matter in accordance with this stipulation.

Dated: February 19, 2013      LITTLER MENDELSON, P.C.

By: */s/ Oswald Cousins*
OSWALD B. COUSINS
Attorneys for Defendant
GENERAL MILLS, INC. and GENERAL MILLS OPERATIONS, LLC.

Dated: February 19, 2013      MAYALL HURLEY

By: */s/ Alexander G. Henry*
NICHOLAS J. SCARDIGLI
ALEXANDER G. HENRY
Attorneys for Plaintiff
THOMAS ANDERSON

**IT IS SO ORDERED:**

Dated: 2/20/2013

/s/ John A. Mendez
HON. JOHN E. MENDEZ
U. S. DISTRICT COURT JUDGE

Firmwide:116781759.2 040218.2206

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA  94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY

Case No2:12-cv-02792-JAM-GGH