1  OSWALD B. COUSINS, Bar No. 172239
   LITTLER MENDELSON, P.C.
2  650 California Street
   20th Floor
3  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
4  Facsimile:    415.399.8490
   Email: ocousis@littler.com
5
   Attorneys for Defendant
6  GENERAL MILLS OPERATIONS, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12 | THOMAS ANDERSON,                          | Case No.  2:12-cv-02792-JAM-CKD
13 |              Plaintiff,                   | **STIPULATED REQUEST FOR
14 | v.                                        | DISMISSAL WITH PREJUDICE AND
                                               | ORDER**
15 | GENERAL MILLS OPERATIONS, LLC,
   | a limited liability company; and DOES 1 -
16 | 100 inclusive,
17 |              Defendant.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE/[PROPOSED] ORDER                    (No. 2:12-cv-02792-JAM-CKD)

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff THOMAS ANDERSON and counsel for Defendant GENERAL MILLS OPERATIONS, LLC, a limited liability company, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each part to bear its or his own costs and attorneys' fees.

Dated:  June 25, 2013                         LITTLER MENDELSON, P.C.


                                              By: */s/ Oswald Cousins*
                                                 OSWALD B. COUSINS
                                                 Attorneys for Defendant
                                                 GENERAL MILLS OPERATIONS, LLC.

Dated:  June 25, 2013                         MAYALL HURLEY


                                              By:  */s/ Alexander G. Henry*
                                                 NICHOLAS J. SCARDIGLI
                                                 ALEXANDER G. HENRY
                                                 Attorneys for Plaintiff
                                                 THOMAS ANDERSON

**IT IS SO ORDERED:**

Dated:    6/27/2013


                                              /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE/[PROPOSED] ORDER                    (No. 2:12-cv-02792-JAM-CKD)